# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-0034

———————————————

ADAM K. HORNE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

KELSEY, NORDBY, and NEFF, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Adam K. Horne, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.